4

CIVIL COMPLAINT FORM TO BE USED BY A PRO SE PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Leo James Brunori
_____

Full Name of Plaintiff          Inmate Number:

:Civil No. 3:26cv2464

:(to be filled in by the Clerk's Office)

J. Schwab

Donald Trump
_____

Name of Defendant 1(___)NO Jury Trial Demand

:                    ☒Demand for Jury Trial

~~_____~~

Name of Defendant 2

**FILED
SCRANTON**

JUL 31 2026

PER_____
_____

Name of Defendant 3                    DEPUTY CLERK

_____

Name of Defendant 4

_____

Name of Defendant 5
(Print the names of all defendants. If the names of all :

defendants do not fit in this space, you may attach :additional

pages. Do not include addresses in this :section).

1.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

Civil Rights Action under 42 U.S.C. S 1983 (state, county, or municipal defendants)

—

Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388

—

Page 6 of 6

1

(1971) (federal defendants)

Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. 1346, against the

United States

11.   ADDRESSES AND INFORMATION

A.PLAINTIFF

BRUNORI, Leo James

Name (Last, First, MI)

QR0304

Inmate Number

S.C.I. Waymart

Place of Confinement

P.O. Box 256

Address

Waymart, Pa 18472

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

        Pretrial detainee

___   Civilly committed detainee

___   Immigration detainee

X     Convicted and sentenced state prisoner

___   Convicted and sentenced federal prisoner

B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant I :  TRumP, DONALD

Name (Last, First)  President of United States of America

Current Job Title  1600 Pennsylvania Ave.

Current Work Address  Washington D.C. 20001

City, County, State, Zip Code
Defendant 2:

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

See Attached     3 A. B. C

B.     On what date did the events giving rise to your claim(s) occur?

C.

What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

See Attached     page 3 A, B, C,

1. My 5th and 14th Amendment claim(s) for avenging on his predecessor and Democrats on January 6, 2021 by intentionally initiating and taunting his social media followers to come to Washington D.C. to protest from across America but instead they stormed and invaded our Capital with political violence and the greatest in history. He introduced violent people, violent behavior, and criminal acts against our democracy and onto hundreds of law enforcement officers and politicians. Some of our children had watched this all unfold on live television; and some of these children, then, thought it to be okay because our President enabled them to come, and not turn them away or stop them. These people are dangerous to our society, but supported enough by Donald Trump to create a slush fund for them after pardons for $1.8 Billion.

2. Claims to be factual:

A. Defendant was inaugurated on January 20, 2025 for his 2nd Presidential Term.

B. Shortly after his inauguration; the President abused his executive powers by quickly pardoning over two thousand of his proxies who violently invaded our Capital on Jan. 6, 2021 where most of their charges were extremely violent and most caught on video or camera. He is suppose to be a positive role model for our children of the future.

i. Presently, there are hundreds of thousands of people across the nation sitting in prisons and incarcerated for "non-violent" offenses, and who's cases should be Re-Reviewed and pardoned like the President's proxies of Jan. 6 as my 5th and 14th Amendments protect's me for fair and equal treatment that his Jan. 6th proxies received in early 2025 after the inauguration.

ii. Trump violated Article II, Section I of the Constitution which says: "The President shall, at stated times, receive for his services, a compensation, which SHALL neither be encreased nor diminished during the period for which he shall been elected, etc."

3 A

The legislature's use of the word "SHALL" forcloses any exercise of discretion. Trump's bank accounts prove that his income increased to over $2 Billion and this is corruption.

iii.  Trump violated Article 1, Section 8 also starting a war with IRAN without Congress.

C. Take down the fence; I am in the Pennsylvania D.O.C. system and as "non-violent" offender, it was truely unfaie of Trump to Pardon all those violent offenders, abusing his powers. All non-violent cases across America should be pardoned who is non-violent and no threatening mental health issues. These cases should be Re-Reviewed and people should be placed in treatment facilities instead of prison's.

A. For as much as this President has been indicted with over 30 felony charges; he of all people should be understanding of unfair treatment(s).

   i.  Our judicial system is obviously severely broken and corrupt all across the nation and it must be stopped and aggressively addressed quickly, and repairing it starts with stopping his own corruption, then start training and educating "all" local, state and federal law enforcement officials, and mandatory education on Rules and Procedures, etc. The I.C.E. and H.S.A. agencies are not vetting agents and being negligent and murdering American citezens like Renee Good and Alex Pretti and negligent on holding anyone accountable; they are now back to work to possibly murder someone else, because Donald Trump negligently enables these agencies to keep their quota. This is corruption and something must be done and it starts HERE.... Rid all the corruption Now....

3.A

D. These 5th, 14th Amendments and other negligence claims have merit and must be quickly addressed with thought and care A.S.A.P... I am seeking relief in the amount of $15 Billion against Donald Trump and Government to stop all the corruption and quickly take action repairing what is broken. Trump must start taking it more serious and enough to stop his own corruption and negligence, and making more time figuring a way to put money in all our own citezens bank accounts instead of his own, and stop accepting gifts/bribes from other countries like Qutar to help him and his family benefit. We "The People" should be top priority.

Signed By: _Leo J. Brunori_

Leo J. Brunori

Dated : July 27, 2026

3c

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

See Attached page 3 A,B,C

### V.INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

See Attached 3 a,b,e

### VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

See Attached page 3 e

### VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires pro se plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____7-27-26_____
Date

Legal Mail

**STATE CORRECTIONAL INSTITUTION**
**ROUTE 6, P.O. BOX 256**
**WAYMART, PENNSYLVANIA 18472-0256**

Leo BRUNORI     QR0304

INMATE MAIL
PA. DEPT. OF CORRECTIONS

HARRISBURG PA 17
29 JUL 2026 PM 1

quadient
FIRST-CLASS MAIL
IMI
$001.56
07/28/2026   ZIP 18472
043M32203961

US POSTAGE

USMS - M/PA
X-RAYED
RECEIVED
SCRANTON

JUL 31 2026

PER _____DJ_____
DEPUTY CLERK

U.S. District Court
Attn: Peter Welsh

235 N. Washington Ave.
Scranton, PA 18501

18501-500199